IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONNIE RAY ALLMOND**  **PLAINTIFF**
**ADC #098953**

v.  Case No: 4:21-cv-00525-LPR

**SANDRA L. LAKE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation from United States Magistrate Judge Patricia S. Harris. (Doc. 4). Plaintiff Jonnie Ray Allmond filed objections to the Recommendation. The Court has carefully reviewed the Recommendation, the objections, and the entire record *de novo*. Based on the Court's *de novo* review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Allmond's claims against Health Services Administrator Marjorie Hall and Deputy Director Rory Griffin are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 28th day of July 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Had Judge Harris recommended dismissal of the claims against Defendants Lake and Hearyman, I likely would have adopted such a recommendation. The Plaintiff's Complaint appears to suggest Lake and Hearyman were negligent or grossly negligent (or committed medical malpractice) in determining whether Plaintiff should be tested for EPI. But negligence, gross negligence, or even medical malpractice are not on their own enough to prove deliberate indifference. However, out of an abundance of caution and because Plaintiff may have been trying to allege something more than negligence, gross negligence, or medical malpractice, I decline to throw out the claims against Lake and Hearyman at the screening stage.