IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONNIE RAY ALLMOND**  **PLAINTIFF**
**ADC #098953**

v. No: 4:21-cv-00525-LPR-PSH

**SANDRA L. LAKE**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris and the Plaintiff's Objections.[1] After a careful and *de novo* review of the PFR, the objections, and the case record, the Court approves and adopts the PFR in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant Lake's Motion for Summary Judgment (Doc. 33) is GRANTED. Judgment will be entered for Defendant Lake on Plaintiff's § 1983 claims of deliberate indifference against Defendant Lake arising from the August 11, 2020, and August 24, 2020, encounters between Plaintiff and Defendant Lake.

IT IS SO ORDERED this 28th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Proposed Findings and Recommendation (Doc. 42); Pl.'s Objections (Doc. 43). Document 44 on the docket is a document filed by Plaintiff confusingly entitled "Motion for Summary Judgment Brief in Support in Opposition of the Defendant Sandra Lake." To the extent the document is an affirmative motion seeking summary judgment, it is far too untimely to consider. It was filed on June 1, 2023, almost six months after the deadline set for such motion. *See* Initial Scheduling Order (Doc. 26). To the extent the document is a second response to Defendant's summary judgment motion, it is similarly too untimely to consider—by more than five months. To the extent the document is simply a further objection to the PFR, the Court will consider it the same way it considers the other objections.