IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONNIE RAY ALLMOND**  **PLAINTIFF**
ADC #098953

v.                    No: 4:21-cv-00525-LPR-PSH

**SANDRA L. LAKE**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) summary judgment is entered in favor of Defendant Sandra Lake on Plaintiff's § 1983 claims against Lake based on the August 11, 2020, and August 24, 2020, encounters between Plaintiff and Defendant Lake; and (2) all other claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 28th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE